IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| JAMES BRUCE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. |
| EAGLE PUBLICATIONS, INC. | ) ) ) |
| Defendant. | ) **Jury Trial Demanded** |

# Complaint

The Plaintiff, JAMES BRUCE ("Bruce"), in support of his complaint against the Defendant, EAGLE PUBLICATIONS, Inc. ("Eagle"), states as follows:

## Nature of Claim

1. This lawsuit is brought pursuant to the Age Discrimination in Employment Act, 29 U.S.C.A. § 623.

## Jurisdiction and Venue

2. Bruce brings this lawsuit alleging a claim brought under a federal statute which vests this Court with jurisdiction to entertain that claim.

3. The actions giving rise to this complaint occurred in Springfield, Illinois, making venue appropriate in this Court.

## Parties

4. At the time his employment was terminated by Eagle, Bruce was over 40 years of age.

5.  Eagle publishes phone books and other materials and its corporate headquarters are in Fairview Heights, Illinois.

## Factual Allegations

6.  Bruce was previously employed by Eagle from September 2014 until his termination on February 1, 2019 as an Account Executive. He worked out of Springfield, Illinois.

7.  At the time of her termination Bruce was over 40 years of age.

8.  But for Bruce's age, his employment with Eagle would not have been terminated.

9.  The termination of Bruce's employment constituted a violation of his rights under the Age Discrimination in Employment Act.

10. Bruce has sustained economic and non-economic injuries as a result of Eagle's termination of his employment.

11. On April 26, 2021, Bruce received a notice from the EEOC advising him that he could bring a lawsuit against Eagle.

Wherefore, Bruce respectfully requests that this Court enter judgment in his favor and against Eagle and provide for the following relief:

A.  An award of damages for the income that he has lost.

B.  An award of liquidated damages.

C.  An award of fees and costs.

D.  Equitable relief to the extent that it is appropriate.

E.  Any other remedy that is appropriate.

**Plaintiff Demands a Jury Trial**

JAMES BRUCE


By: /s/ John A. Baker
    His Attorney

John A. Baker
Baker, Baker & Krajewski, LLC
415 South Seventh Street
Springfield, Illinois 62701
Telephone: (217) 522-3445
Facsimile: (217) 522-8234
Email: jab@bbklegal.com