E-FILED
Friday, 13 May, 2022  01:02:50 PM
Clerk, U.S. District Court, ILCD

**IN THE CIRCUIT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
Springfield Division**

| | | |
|---|---|---|
| JAMES BRUCE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.      21-cv-03167-SEM-TSH |
| | ) | |
| EAGLE PUBLICATIONS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**Stipulation for Dismissal**

Through their respective counsel the parties stipulate to the dismissal of this action.  That parties ask that this Court dismiss this matter, with prejudice, and with an order that each party is to bear its own costs.


James Bruce

By: s/ John A. Baker
        His Attorney


John A. Baker
Baker, Baker & Krajewski, LLC
415 South Seventh Street
Springfield, Illinois 62701
(T)      (217) 522-3445
(F)      (217) 522-8234
(E)      jab@bbklegal.com

Eagle Publications, Inc.

By: s/ Alex J. Levin (by consent)
        One of Their  Attorneys


Alex J. Levin
Wilson, Elser, Moskowitz, Edelman
        & Dickler LLP
55 West Monroe Street, Suite 3800
Chicago, Illinois 60603
(T)      (312) 704-0550
(F)      (312) 704-1522
(E)      alex.levin@wilsonelser.com

**Certificate of Service**

This document was filed utilizing the Court's ECF system.  A copy will automatically be served on all counsel of record.  No copies have been served via any alternative method of service.

James Bruce

By: _/s/ John A. Baker_

His Attorney

John A. Baker
Baker, Baker & Krajewski, LLC
415 South Seventh Street
Springfield, Illinois 62701
Telephone:     (217) 522-3445
Facsimile:     (217) 522-8234
E-mail:        jab@bbklegal.com